✱ EMERGENCY Petition ✱
28 USC § 636 (C)(7)(F)
Illegal Detention

Richard Eugene Ferrell # 03361-063
Name and Prisoner Number/Alien Registration Number

UNITED STATES PENITENTIARY Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, AZ. 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
_✓_ FILED      ___ LODGED
___ RECEIVED   ___ COPY

9        JUL - 5 2018        9

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Richard Eugene Ferrell            )
(Full Name of Petitioner)         )
                                  )  CV 18-0329 TUC JGZ BGM
         Petitioner,              )  CASE NO. _____
                                  )  (To be supplied by the Clerk)
         vs.                      )
                                  )
Warden, J. Baltazar               )
(Name of Warden, Jailor or authorized person )  PETITION UNDER 28 U.S.C. § 2241
having custody of Petitioner)     )  FOR A WRIT OF HABEAS CORPUS
                                  )  BY A PERSON IN FEDERAL CUSTODY
         Respondent.              )
                                  )

### PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☒ Other (explain): BECAUSE of Change of LAW Mr Ferrell has exceeded his Sentence in Violation of Eighth Amendment

2. (a) Name and location of the agency or court that made the decision you are challenging: U.S. District Court Eastern Dist. of Oklahoma

   (b) Case or opinion number: CR 96-00034-001-B

   (c) Decision made by the agency or court: Count ONE - 18 USC § 1073, Unlawful flight, Sentenced to 60 months ; Count Two - 18 USC § 1201, Kidnapping, Sentenced to 325 months run concurrent with each other

Revised 3/9/07                        1                                **530**

(d) Date of the decision: 5/26/96 – Concluded on 12/4/96

3. Did you appeal the decision to a higher agency or court?   Yes ☐   No ☒

If yes, answer the following:

(a) First appeal:

(1) Name of the agency or court: N/A

(2) Date you filed:

(3) Opinion or case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Second appeal:

(1) Name of the agency or court: N/A

(2) Date you filed:

(3) Opinion or case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(c) Third appeal:

(1) Name of the agency or court: N/A

(2) Date you filed:

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

4. If you did not appeal the decision to a higher agency or court, explain why you did not: _At the time of the plea agreement an appeal waiver was in place_

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?   Yes ☐   No ☒

If yes, answer the following:

(a) Name of the agency or court: _N/A_

(b) Date you filed: _____

(c) Opinion or case number: _____

(d) Result: _____

(e) Date of result: _____

(f) Issues raised: _____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

> **CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** Mr Ferrell is being incarcerated in violation of the Eighth Amendment of the United States Constitution where due to change in law that has rendered Kidnapping, 18 USC § 1201, a non-violent offense, Mr Ferrell's sentence has expired.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Mr Ferrell bases his claim on recent holdings throughout the U.S. Circuit Courts and has been the 9th circuits precedence following the Supreme Courts ruling in Johnson v. USA, 135 S CT 2551 (2015), that no longer qualifies 18 USC § 1201 Kidnapping a crime of violence. In Mr Ferrell's case he had a USSG § 4B1.1 Career offender enhancement applied to his sentence calculation. Because the 9th Circuit and other sister circuits have declared that Kidnapping is not a crime of violence and that it cannot be used as a predicate offense to qualify as a requisite to the Career offender enhancement under USSG 4B1.1. Under the language of 18 USC § 16 and the narrowing direction held in Dimaya v. Lynch, 584 U.S. — (2018), that the definition for a crime of violence under the residual clause is void. Mr Ferrell's sentence fell under the residual clause where a potential risk analyst was used to determine the conduct Mr Ferrell was culpable for. The force clause of § 16(a) does not apply because there was no violent force used to commit this offense in Ferrell's case that supports the definition of a crime of violence. In this case Mr Ferrell was going to take the victim's boat. The victim seeing that Ferrell could not operate the boat, volunteered to carry him down river to preserve his property from loss. Mr Ferrell was sentenced to 325 months, his sentence should be 188 mo's maximum which has long been served.

(b) Did you exhaust all available administrative remedies relating to Ground One?     Yes ☐   No ☒

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
Mr Ferrell's case falls under new law under Johnson and Dimaya which invalidates kidnapping as a crime of violence. Mr Ferrell was convicted in 1996, his maximum new sentence range is 188 months. Mr Ferrell is over the 188 month maximum sentence in violation of the Eighth Amendment of the U.S Constitution. This should be considered for emergency relief where liberty is at issue.

Please answer these additional questions about this petition:

7.  Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐   No ☒
    (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

    If yes, answer the following:

    (a)  Have you filed a motion under 28 U.S.C. § 2255?   Yes ☐   No ☒

        If yes, answer the following:

        (1) Name of court: _____N/A_____

        (2) Case number: _____

        (3) Opinion or case number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

        Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

    (b)  Explain why the remedy under § 2255 is inadequate or ineffective: _This is an Eighth Amendment Challenge where defendant has served his sentence and is being illegally detained_

8.  If this case concerns immigration removal proceedings, answer the following:

    (a)  Date you were taken into immigration custody: ____N/A____

    (b)  Date of removal or reinstatement order: _____

    (c)  Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

        (1) Date you filed: _____

        (2) Case number: _____

8

(3) Result: _N/A_

(4) Date of result: _____

(5) Issues raised: _____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d) Did you file an appeal with the federal court of appeals?   Yes ☐   No ☐

(1) Name of the court: _N/A_

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9. Petitioner asks that the Court grant the following relief: _Mr Ferrell request for an Emergency Hearing to Show Cause Why he should not be imediately released from Custody of the B.O.P. U.S.P Tucson where his incarceration is in violation of the Eighth Amendment of the U.S. Constitution for the Above reason's._

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _June 29, 2018_ (month, day, year).

_Richard Ferrell_
**Signature of Petitioner**

_____   _____
Signature of attorney, if any   Date

9