IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Eugene Ferrell,<br><br>   Petitioner,<br><br> v.<br><br>J Baltazar,<br><br>   Respondent. | CASE NO:<br>CV–18–00329–TUC–JGZ (BGM)<br><br>**NOTICE OF ASSIGNMENT** |

 On July 5, 2018, Petitioner filed a Petition which has been assigned the case number listed above. This case has been assigned to District Court Judge Jennifer G Zipps and has been referred to Magistrate Judge Bruce G Macdonald and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

 DATED this 5th day of July, 2018.

*s/Brian D. Karth*

Brian D. Karth
District Court Executive/Clerk

cc: Petitioner

1
2
3
4
5
6
7
8                                                          WARNING!
9    Failure to comply with the following rules will result in your document being STRICKEN
10   and/or your case being DISMISSED:
11   (1)   You must file a Notice of Change of Address if your address changes.
12   (2)   You must correctly label any further documents with the above assigned
13         caption and case numbers. LRCiv 7.1(a).
14   (3)   You must sign your name and date every document you file. FED. R. CIV. P. 11.
15   (4)   If applicable, you must provide an original and one copy of any document to
16         be filed. If you request a conformed copy, you must provide an original
17         and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers.
18   (5)   If applicable, you must mail copies of every document you file to all respondents.
19         or their attorneys, FED. R. CIV. P. 5(a), and every document you file
20         must include a certificate stating the date a copy of the document was mailed
21         to respondents or their attorneys. This does not apply to prisoner e−filers.
22   (6)   The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2.
23
24
25
26
27
28